## UNTIED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM ACKERMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Court File No. 21-cv-1098 (JRT/KMM) |
| JAMES PERRY, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Court File No. 21-cv-1101 (JRT/KMM) |
| MATTHEW KEEN, <br><br> Plaintiff, <br><br> vs. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Court File No. 21-cv-1104 (JRT/KMM) |

**MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiffs, by and through counsel, hereby move this Court for an order remanding these cases to Minnesota State Court, Fourth Judicial District, Hennepin County.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Omnibus Memorandum of Law filed in support of this Motion.

Dated:  May 28, 2021                Respectfully submitted,

  *s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

William R. Sieben (#100808)
Alicia N. Sieben (#389640)
Matthew J. Barber (#397240)
**SCHWEBEL GOETZ & SIEBEN, P.A.**
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Tel: (612) 377-7777
bsieben@schwebel.com
asieben@schwebel.com
mbarber@schwebel.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Tel: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

*Attorneys for Plaintiffs*